United States District Court
District of Massachusetts

| | |
|---|---|
| United States ) <br> ) <br> v. ) <br> ) No. 13-CR-10193-MLW <br> Byron Newberry, ) <br>     Defendant. ) | |

Assented to Motion for a Pre-Plea Presentence Report

Defendant Byron Newberry respectfully requests that this Court order the Probation Department to prepare a pre-plea presentence report. As grounds for this motion, counsel for Mr. Newberry states that negotiations for a resolution of this case are ongoing and a determination of Mr. Newberry's criminal history points and offense level, as well as a determination of whether Mr. Newberry qualifies as an armed career criminal and as a career offender would assist in resolving the case. It would be sufficient for the Court to order an abbreviated version of a presentence report, including the offense conduct, Mr. Newberry's criminal history, and the sentencing options. Such a report would inform Mr. Newberry of the consequences of entering into a plea agreement in this case.

Assistant United States Attorney Dustin Chao assents to this motion.

*ALLOWED. /s/*

~~time~~ *until the prepar*

*The parties shall report, within 14 days of receipt of the PSR, whether a trial will be necessary in this case. All time until then is excluded for STA purposes. /s/ MLW, DJ 4/4/14*